AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08 CR 1815-WQH |
| SUSANO VALTIERRES-RUBIO | CASE NUMBER: 08mj 1451 |

I, SUSANO VALTIERRES-RUBIO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6|5|08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Valtierres
Defendant

_____
Counsel for Defendant

Before_____
        Judicial Officer